UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAUL LITTLE,

  Plaintiff,

v.                            Case No: 8:20-cv-02196-WFJ-AEP

RITCHEY'S TRUCK REPAIR, INC.
and RITCHEY'S WRECKER AND
TRANSPORT SERVICE, L.L.C.,

  Defendants.
_____/

## MOTION FOR EXTENSION OF TIME AND FOR THE COURT TO SELECT THE MEDIATOR.

COMES NOW, the Plaintiff, by and through undersigned counsel, pursuant to FED. R. CIV. P. 6(b)(1) and MDFL Local Rule 3.08, and respectfully moves this honorable court for an extension of time to complete mediation, and for the court to select a mediator in this case. As grounds, the Plaintiff states the following to show good cause and excusable neglect:

1) The parties have not been able to agree upon a mediator, even after considerable[1] discussion:

---

[1] For convenience, all email traffic between the parties on these issues has been attached to this motion as Composite Exhibit A

1

a) The Plaintiff's lead attorney on the case and Florida Managing Partner for our firm, Sylvain Robitaille, retired from our firm and from the active practice of law. Mr. Robitaille remains affiliated with our firm to wend down cases that is not likely to result in trial or complex pleadings. He remains in an advisory capacity on this case.

b) During the transition process, our firm's new Florida Managing Partner, Serena Kurtz, was struck with COVID-19 and was unable to assign a new lead counsel to this case until she returned to work on Tuesday, February 16, 2021. Upon her return, Ms. Kurtz instructed the undersigned to contact opposing counsel and propose a mediator.

c) Plaintiff's counsel were hoping that even though the selection deadline had passed, reaching agreement with opposing counsel on a mediator allow us to conduct a mediation before the March 1 deadline.

d) On February 16, 2021, via email, undersigned offered the name of Patricia Sigman, who is a certified MDFL mediator in the Tampa division specializing in Labor law (see page 50 of the MDFL mediator list). Ms. Sigman is also has been Board Certified in Labor and Employment Law since 2001. Florida Bar member profile webpage

for Patricia Sigman, https://www.floridabar.org/mybarprofile/961957 (last accessed February 27, 2021).

e) After not receiving any response, our firm's senior partner, along with Florida Managing Partner Kurtz, reached out by phone to opposing counsel on February 17, 2021. During that conversation, opposing counsel indicated that the reason he did not accept Ms. Sigman was because he had not worked with her before and she did not have an office in the Tampa area. Ms. Kurtz called opposing counsel back within the hour, and proposed two other mediators, Alan S. Zimmet (see page 61 of the MDFL mediator list) and Edward H. Ward (see page 60 of the MDFL mediator list). Both of who have offices in Tampa.

f) On Wednesday, February 24, 2021, the undersigned sent an email asking opposing counsel if he had object to filing a motion to extend time to conduct the mediation, because of there was no time left to conduct a mediation in the time remaining before the March 1, 2021 deadline. Undersigned explained that we objected to Ms. Evans because she did not have a specialty of Labor law. The undersigned put forward two additional mediator candidates: Chris Barker (see

page 3 of the MDFL mediator list) and Roger Benson (see page 4 of the MDFL mediator list).

g) On Thursday, February 25, 2021, the undersigned emailed opposing counsel through his assistant (with opposing counsel cc'ed) to implore her to bring the matters of consent to this motion to his attention, and to ask if he had any objection to the last two (Barker and Benson) proposed mediators.

h) On Friday, February 26, 2021, the undersigned received an email stating that opposing counsel was in mediation that day and his response to my email would be delayed. The legal assistant suggested Shane Munoz, whom opposing counsel knows from discussions resulting from a prior mediation between the parties conducted by Mr. Munoz, is not acceptable to the Plaintiff.

i) Because the opposing counsel's assistant indicated via email that opposing counsel might "respond after hours" because of depositions and mediations the undersigned has waited until today to file this motion. The undersigned has received no other communication from opposing counsel as of the time of filing of this Motion.

2) From what has been stated above the Plaintiff has exercised due diligence, under the circumstances, in attempting set up the mediation.

3) This honorable court has the authority designate a mediator under MDFL Local Rule 4.03(a).

4) This honorable court has the authority to extend time for completion of mediation pursuant to FED. R. CIV. P. 6(b)(1) and MDFL Local Rule 3.08.

WHEREFORE, we respectfully move this Honorable Court to designate a neutral mediator with appropriate knowledge and experience of subjects to be mediated and to set a new deadline for the parties to complete mediation.

February 27, 2021    Respectfully submitted,

Law Offices of Clint Curtis & Associates, PA

<u>/s/ W. Patrick Westerfield, Esq.</u>
Florida Bar No. 0486620
Attorney for the Plaintiff and Acting Trial Counsel
7217 E. Colonial Drive, Suite 113
Orlando, FL 32807
Tel. (407) 384-3120
Fax: (407) 386-7682
Email: Patrick@ClintCurtis.com
Alt. Email: law@ClintCurtis.com

2d Alt. Email: SerenaKurtz@ClintCurtis.com

## Local Rule 3.01(g) Certification

I hereby certify that Plaintiff's counsel has attempted to confer with Defense counsel via email seeking consent as to this motion. Defense counsel has been unavailable (per attached emails from his assistant). I further certify that the undersigned shall make diligent efforts to contact Defense counsel and supplement this motion pursuant to Local Rule 3.01(g)(3).

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2021, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the Middle District of Florida by using the CM/ECF system which will send a notice of electronic filing to the following:

Phillip J. Harris, Esq.
CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP
100 North Tampa Street, Suite 3350
Post Office Box 1840
Tampa, Florida 33601-1840
Telephone: (813) 223-7166
Facsimile (813) 223-2515
Service Email: tampa@constangy.com
Attorney for the Defendant

/s/ W. Patrick Westerfield, Esq.