# **EXHIBIT A**

Attachment to
Plaintiff's Motion For Extension Of Time
And For The Court To Select The Mediator

### Index Of Emails Between Parties' Counsel

| Date And Time Of Email | Page Of This Exhibit |
|---|---|
| February 25, 2021  2:09 p.m. | 2 |
| February 25, 2021  2:03 p.m. | 2-3 |
| February 25, 2021  9:22 a.m. | 3-4 |
| February 25, 2021  7:38 a.m. | 4 |
| February 24, 2021  5:11 p.m. | 4-5 |
| February 16, 2021  1:19 p.m. | 6 |
| February 26, 2021 11:10 a.m. | 7 |

## RE: Little v Ritchey's

**Nowlin, Donna** <dnowlin@constangy.com>
Thu 2/25/2021 2:09 PM

**To:** patrick clintcurtis.com <patrick@clintcurtis.com>
**Cc:** Harris, Phillip <pharris@constangy.com>; Koziol, Jordan <jkoziol@constangy.com>; sylvain clintcurtis.com <sylvain@clintcurtis.com>; clintcurtis clintcurtis.com <clintcurtis@clintcurtis.com>

Mr. Westerfield, Mr. Harris is in a deposition today and has a mediation tomorrow. As I am only a legal assistant I cannot respond on his behalf as to your questions. Hopefully I will hear from him (as he is copied on this email, but probably won't see it until after hours) and he will be able to give me direction as to how to proceed.

---

**Donna Nowlin**
**Legal Assistant**

**Constangy, Brooks, Smith & Prophete, LLP**
Direct: 813.222.1360
E-mail: dnowlin@constangy.com •[081998,26406773]View Bio/VCard
100 North Tampa Street
Suite 3350
Tampa, FL 33602-5832
Main: 813.223.7166 • Fax: 813.223.2515
\*\*\*

---

**From:** patrick clintcurtis.com [mailto:patrick@clintcurtis.com]
**Sent:** Thursday, February 25, 2021 2:03 PM
**To:** Nowlin, Donna <dnowlin@constangy.com>
**Cc:** Harris, Phillip <pharris@constangy.com>; Koziol, Jordan <jkoziol@constangy.com>; sylvain clintcurtis.com <sylvain@clintcurtis.com>; clintcurtis clintcurtis.com <clintcurtis@clintcurtis.com>
**Subject:** Re: Little v Ritchey's

Good Afternoon Ms. Nowlin,

Please note that our objection to Ms. Evans is based upon her not being listed as a labor specialist. This case deals with complex employment law issues, which Ms. Evans may not be equipped to fully explore in the mediation process. In addition, Ms. Evans does not meet Mr. Harris' own stated preference for mediators with offices in the Tampa area. I have provided a list of two mediators who meet both of those criteria. See page 3 (Chris Barker) and page 4 (Roger Benson) of the Middle District's mediator list https://apps.flmd.uscourts.gov/mediator/pub/MediatorList.pdf.

In order to move forward, Mr. Harris needs to respond (directly or indirectly) to the following questions:

1. Does Mr. Harris object to either Mr. Barker or Mr. Benson as mediator? If he does object, we would like him to provide a basis for that objection so that we can further refine the search for a mediator.
2. As mentioned in my previous email; does Mr. Harris object to a motion to extend the deadlines in this case to allow us to choose a mediator and conduct the mediation. The amount of time requested will depend on whether Mr. Harris objects to both of the Mr.



Barker and/or Mr. Benson. I would appreciate Mr. Harris input on the amount of time to be requested.

If we don't hear from Mr. Harris (directly or indirectly) by today at 4:00 pm, we will be forced to file a motion to have the judge select a mediator and a new deadline to complete the mediation. I am cc'ing Mr. Harris and the other you cc'ed in responding to my email. I would appreciate if you would bring this to his attention as soon as he gets a break from depos.

Sincerely,


**W. Patrick Westerfield, Esq.**
Law Offices of Clint Curtis & Associates, PA
7217 E. Colonial Dr. - Suite 113
Orlando, FL 32807
(407) 384-3120
Fax (407) 386-7682
Patrick@ClintCurtis.com
www.ClintCurtis.com

Notice of Confidentiality. This e-mail communication and its attachment(s), if any, are intended solely for the information and use of the recipient identified in the address line above and may contain information that is legally privileged from disclosure and/or otherwise confidential. If you are not the intended recipient of this e-mail communication (or an authorized representative of the intended recipient), you are advised that any review, disclosure, reproduction, re-transmission or other dissemination or use of this e-mail communication (or any information contained herein) is strictly prohibited. If you are not the intended recipient or have otherwise received this e-mail communication in error, please advise the sender either by reply e-mail or by telephone (407) 384-3120, immediately delete this e-mail communication from any computer and destroy all copies.

---

**From:** Nowlin, Donna <dnowlin@constangy.com>
**Sent:** Thursday, February 25, 2021 9:22 AM
**To:** patrick clintcurtis.com <patrick@clintcurtis.com>
**Cc:** Harris, Phillip <pharris@constangy.com>; Koziol, Jordan <jkoziol@constangy.com>; sylvain clintcurtis.com <sylvain@clintcurtis.com>
**Subject:** RE: Little v Ritchey's

Good morning Mr. Westerfield. I am responding in Mr. Harris' absence as he is at depositions for the rest of this week.

Please note on the attached which was downloaded from the Middle District website, on page 16, Karen Evans is actually listed as an approved certified mediator for the Middle District of Florida.

Also, please replace the tampa@constangy.com email with my email so I am copied on your emails to Mr. Harris; thanks so much.

---

**Donna Nowlin**
**Legal Assistant**

Constangy, Brooks, Smith & Prophete, LLP



Direct: 813.222.1360
E-mail: dnowlin@constangy.com •[081998,26406773]View Bio/VCard
100 North Tampa Street
Suite 3350
Tampa, FL 33602-5832
Main: 813.223.7166 • Fax: 813.223.2515
\*\*\*

**From:** Meleshko, Kristina
**Sent:** Thursday, February 25, 2021 7:38 AM
**To:** Harris, Phillip <pharris@constangy.com>; Koziol, Jordan <jkoziol@constangy.com>
**Cc:** Nowlin, Donna <dnowlin@constangy.com>
**Subject:** FW: Little v Ritchey's


**Kristina Meleshko**
**Legal Assistant**

## Constangy, Brooks, Smith & Prophete, LLP

Direct: 813.222.1359 • Direct Fax: 813.579.4659
E-mail: kmeleshko@constangy.com
100 North Tampa Street
Suite 3350
Tampa, FL 33602-5832
Main: 813.223.7166 • Fax: 813.223.2515
\*\*\*\*

**From:** patrick clintcurtis.com [mailto:patrick@clintcurtis.com]
**Sent:** Wednesday, February 24, 2021 5:11 PM
**To:** Harris, Phillip <pharris@constangy.com>
**Cc:** sylvain clintcurtis.com <sylvain@clintcurtis.com>; clintcurtis clintcurtis.com <clintcurtis@clintcurtis.com>; Tampa EFile <tampa@constangy.com>
**Subject:** Little v Ritchey's

Good Afternoon Mr. Harris,

I am writing this to follow up on the conversation you had with Ms. Kurtz and Mr. Curtis on 2/17/2021. As you know the deadline for conducting meditation in this case is Monday, 3/1/2021, and I wanted to let you know that we are going to have to file a motion to extend the deadline for mediation. There simply no realistic way to conduct a mediation in the time remaining. It is our hope that you lend your support to this motion.

Also, we are putting forward the names of two more mediators:

    Chris Barker,
    Barker & Cook, P.A.
    501 E Kennedy Blvd Ste 1040
    Tampa, FL
    Business, contracts, labor are all listed under the Federal mediation list.



Roger Benson
2158 Blossom Way S
St. Petersburg, FL
Business, contracts, labor are all listed under the Federal mediation list.

We cannot accept Karen Evans as mediator because she is not approved mediator list of the Middle District of Florida for business and/or labor cases.

Sincerely,


**W. Patrick Westerfield, Esq.**
Law Offices of Clint Curtis & Associates, PA
7217 E. Colonial Dr. - Suite 113
Orlando, FL 32807
(407) 384-3120
Fax (407) 386-7682
Patrick@ClintCurtis.com
www.ClintCurtis.com

Notice of Confidentiality. This e-mail communication and its attachment(s), if any, are intended solely for the information and use of the recipient identified in the address line above and may contain information that is legally privileged from disclosure and/or otherwise confidential. If you are not the intended recipient of this e-mail communication (or an authorized representative of the intended recipient), you are advised that any review, disclosure, reproduction, re-transmission or other dissemination or use of this e-mail communication (or any information contained herein) is strictly prohibited. If you are not the intended recipient or have otherwise received this e-mail communication in error, please advise the sender either by reply e-mail or by telephone (407) 384-3120, immediately delete this e-mail communication from any computer and destroy all copies.



# Mediator in Little v. Richey's

**patrick clintcurtis.com** <patrick@clintcurtis.com>
Tue 2/16/2021 1:19 PM

**To:** pharris@constangy.com <pharris@constangy.com>
**Cc:** serenakurtz clintcurtis.com <serenakurtz@clintcurtis.com>

Dear Mr. Harris,

Do you have any objection to Patricia Sigman as mediator? She is a certified mediator and on the approved list for the Tampa division.

Sincerely,


**W. Patrick Westerfield, Esq.**
Law Offices of Clint Curtis & Associates, PA
7217 E. Colonial Dr. - Suite 113
Orlando, FL 32807
(407) 384-3120
Fax (407) 386-7682
Patrick@ClintCurtis.com
www.ClintCurtis.com

Notice of Confidentiality. This e-mail communication and its attachment(s), if any, are intended solely for the information and use of the recipient identified in the address line above and may contain information that is legally privileged from disclosure and/or otherwise confidential. If you are not the intended recipient of this e-mail communication (or an authorized representative of the intended recipient), you are advised that any review, disclosure, reproduction, re-transmission or other dissemination or use of this e-mail communication (or any information contained herein) is strictly prohibited. If you are not the intended recipient or have otherwise received this e-mail communication in error, please advise the sender either by reply e-mail or by telephone (407) 384-3120, immediately delete this e-mail communication from any computer and destroy all copies.

## RE: Little v Ritchey's

**Nowlin, Donna** <dnowlin@constangy.com>
Fri 2/26/2021 11:10 AM

To: patrick clintcurtis.com <patrick@clintcurtis.com>
Cc: Harris, Phillip <pharris@constangy.com>; Koziol, Jordan <jkoziol@constangy.com>; sylvain clintcurtis.com <sylvain@clintcurtis.com>; clintcurtis clintcurtis.com <clintcurtis@clintcurtis.com>

Good morning, Mr. Westerfield. Please be advised that Phil is in mediation today and his response to your email may be delayed. He also has depositions scheduled for Monday and Tuesday of next week.

In his absence, please consider our suggestion of Shane Munoz (page 39) to mediate this matter.

---

**Donna Nowlin**
**Legal Assistant**

## Constangy, Brooks, Smith & Prophete, LLP

Direct: 813.222.1360
E-mail: <u>dnowlin@constangy.com</u> •[081998,26406773]View Bio/VCard
100 North Tampa Street
Suite 3350
Tampa, FL 33602-5832
Main: 813.223.7166 • Fax: 813.223.2515
\*\*\*

---

**From:** patrick clintcurtis.com [mailto:patrick@clintcurtis.com]
**Sent:** Thursday, February 25, 2021 2:03 PM
**To:** Nowlin, Donna <dnowlin@constangy.com>
**Cc:** Harris, Phillip <pharris@constangy.com>; Koziol, Jordan <jkoziol@constangy.com>; sylvain clintcurtis.com <sylvain@clintcurtis.com>; clintcurtis clintcurtis.com <clintcurtis@clintcurtis.com>
**Subject:** Re: Little v Ritchey's

*[Handwritten note: Please Note: The rest of this email thread is redundant]*

Good Afternoon Ms. Nowlin,

Please note that our objection to Ms. Evans is based upon her not being listed as a labor specialist. This case deals with complex employment law issues, which Ms. Evans may not be equipped to fully explore in the mediation process. In addition, Ms. Evans does not meet Mr. Harris' own stated preference for mediators with offices in the Tampa area. I have provided a list of two mediators who meet both of those criteria. See page 3 (Chris Barker) and page 4 (Roger Benson) of the Middle District's mediator list https://apps.flmd.uscourts.gov/mediator/pub/MediatorList.pdf.

In order to move forward, Mr. Harris needs to respond (directly or indirectly) to the following questions:

1. Does Mr. Harris object to either Mr. Barker or Mr. Benson as mediator? If he does object, we would like him to provide a basis for that objection so that we can further refine the search for a mediator.
2. As mentioned in my previous email; does Mr. Harris object to a motion to extend the deadlines in this case to allow us to choose a mediator and conduct the mediation. The

