UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAUL LITTLE,

  Plaintiff,

v.                                           Case No: 8:20-cv-02196-WFJ-AEP

RITCHEY'S TRUCK REPAIR, INC.
and RITCHEY'S WRECKER AND
TRANSPORT SERVICE, L.L.C.,

  Defendants.
_____/

## NOTICE OF MEDIATION DATE AND TIME

PLEASE TAKE NOTICE, that Pursuant to this Honorable Court's Order (Document 38) and in accordance with MDFL Local Rule 4.03, that the date and time of Mediation have been agreed to by the Parties. They are:

      Date: Monday, April 12, 2021
      Start time: 9:30 am
      Duration: Half-day
      Mediator: Ryan D. Barack, Esq.
      Location: via Zoom

Respectfully submitted, this 31st day of March, 2021,

            Law Offices of Clint Curtis & Associates, PA

            <u>/s/ W. Patrick Westerfield, Esq.</u>

1

>Florida Bar No. 0486620
>Attorney for the Plaintiff and Acting Trial Counsel
>7217 E. Colonial Drive, Suite 113
>Orlando, FL 32807
>Tel. (407) 384-3120
>Fax: (407) 386-7682
>Email: Patrick@ClintCurtis.com
>Alt. Email: law@ClintCurtis.com
>2d Alt. Email: SerenaKurtz@ClintCurtis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2021, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the Middle District of Florida by using the CM/ECF system which will send a notice of electronic filing to Attorney for the Defendant, Phillip J. Harris, Esq., Constangy, Brooks, Smith & Prophete, LLP, 100 North Tampa Street, Suite 3350, Post Office Box 1840, Tampa, Florida 33601-1840, tampa@constangy.com.

This same day, I have also sent a true and correct copy of this filing to the Mediator, Ryan D. Barack, Esq., Kwall Barack Nadeau PLLC, 304 S. Belcher Rd Ste C. Clearwater, FL 33765-3900, via email at rbarack@employeerights.com.

>/s/ W. Patrick Westerfield, Esq.