UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAUL LITTLE,

    Plaintiffs,

v.   Case No. 8:20-cv-02196-AEP

RITCHEY'S TRUCK REPAIR, INC.
and RITCHEY'S WRECKER AND
TRANSPORT SERVICE, L.L.C.,

    Defendant.
_____/

## ORDER

    The parties have filed a Mediation Report (Doc. 40) indicating that the parties reached a full settlement in this case. Accordingly, pursuant to Local Rule 3.09(b), this action is DISMISSED WITHOUT PREJUDICE to the right of any party, within sixty (60) days from the date of this Order, to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to (1) administratively close the case and (2) terminate all pending deadlines.

    DONE AND ORDERED in Tampa, Florida, on this 13th day of April, 2021.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record